IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRY ALLEN BOSARGE

VS.                                                          CIVIL ACTION NO. 1:13cv564-MTP

CHIQUITA BROWN, ET AL

<u>ORDER RESCINDING [33] ORDER REASSIGNING CASE UPON CONSENT</u>

BE IT REMEMBERED that on December 2, 2014, an [33] Order Reassigning Case Upon Consent was entered in the above styled and numbered cause; and

THAT all original parties in this action consented [30] to the jurisdiction of the Magistrate Judge; and

THAT Defendants Everett and Valley Food Service were added to the case after said [33] Order of Reassignment was entered; and

THAT said Defendants Everett and Valley Food Service were directed by the Magistrate Judge, in [54] Order dated July 20, 2015, to notify the Court in writing whether they consent to jurisdiction by the Magistrate Judge on or before July 24, 2015; and

THAT said date has now passed and Defendants Everett and Valley Food Service have failed notify the Court of their consent; and

THAT because all parties now in this action have not consented to jurisdiction by the Magistrate Judge, said [33] Order Reassigning Case Upon Consent should be rescinded and held for naught and this case shall be returned to the jurisdiction of the District Judge and the Magistrate Judge.

NOW, THEREFORE, IT IS HEREBY ORDERED that the [33] Order of Reassignment Upon Consent in the above styled and numbered cause be and the same is hereby rescinded and

held for naught and the Clerk of this Court is directed to reassign this case to the appropriate District Judge.

    SO ORDERED on this the 30th day of July, 2015.

                                 *s/Keith Starrett*
                                 UNITED STATES DISTRICT JUDGE